UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>EMPIRE STAT GROUP, LLC,<br><br>      Debtor.<br><br>—————————————————<br><br>ANGELA TESE-MILNER,<br><br>      Plaintiff,<br><br>  v.<br><br>COALITION, INC., *et al*.,<br><br>      Defendants. | **Bankruptcy Withdrawal**<br>**Scheduling Order**<br><br>24 Civ. 4101 (ER) |

The above-entitled Bankruptcy Withdrawal has been assigned to Judge Ramos.  The withdrawal was docketed in the District Court on May 29, 2024.  The attention of all parties is directed to Rule 6.1 of the Local Rules, which provide for the dates within briefs are to be served and filed. That rule will be adhered to.  The Court will advise the parties of the date and time of any oral argument to be scheduled.

SO ORDERED.

Dated: May 30, 2024
   New York, New York

                _____
                Edgardo Ramos, U.S.D.J.