UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE EMPIRE STAT GROUP, LLC,

           Debtor.

ANGELA TESE-MILNER, as Chapter 7 Trustee for Empire Stat Group, LLC,

           Plaintiff,

– against –

COALITION, INC., COALITION INSURANCE SOLUTIONS, INC., NORTH AMERICAN CAPACITY INSURANCE COMPANY, *and* PELEUS INSURANCE COMPANY,

           Defendants.

**ORDER**

24-cv-04101 (ER)

Ramos, D.J.:

    In the above referenced case, there is a pending motion to dismiss filed on November 21, 2024. Doc. 15. Plaintiff Angela Tese-Milner filed her opposition brief to the motion to dismiss on November 21, 2024. Doc. 16. Defendants filed their reply brief on November 22, 2024. Doc.17.

    On April 18, 2025, Defendants filed a letter informing the Court that they reached a settlement with Ms. Tese-Milner. Doc. 18.

    The parties are hereby directed to file the stipulation of dismissal with prejudice by June 20, 2025, or otherwise file a status letter.

SO ORDERED.

Dated: June 11, 2025
       New York, New York

                                                                     EDGARDO RAMOS, U.S.D.J.